PROB 12C
(6/16)

Report Date: January 9, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathaneal C. Willard                Case Number: 0980 4:23CR06002-MKD-1

Address of Offender: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Benjamin H. Settle, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 16, 2019

| | |
|---|---|
| Original Offense: | Theft of Explosives from a Licensed Manufacturer and Dealer, 18 U.S.C. § 842(h) |
| Original Sentence: | Prison - 20 months      Type of Supervision: Supervised Release
TSR - 36 months |
| Revocation Sentence:
(September 25, 2023) | Prison - 97 days
TSR - 32 months |
| Asst. U.S. Attorney: | Todd Swenson            Date Supervision Commenced: September 26, 2023 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: May 25, 2026 |

### PETITIONING THE COURT

To issue a **warrant**.

On November 3, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Nathaneal Willard (a.k.a. Brooklyn Hammett and Jayden Rossi), as outlined in the judgment and sentence. She signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about November 3, 2023, Nathaneal Willard allegedly violated special condition number 3 by consuming methamphetamine.<br><br>On November 3, 2023, the offender was outfitted with a sweat patch as a means of monitoring her sobriety; that patch was subsequently removed on November 13, 2023.<br><br>On November 28, 2023, the assigned probation officer received notification from the laboratory that the sweat patch worn by Nathaneal Willard was positive for methamphetamine; additionally, amphetamine was found to be present. |

Prob12C
Re: Willard, Nathaneal C.
January 9, 2024
Page 2

        Approximately 1 month later, during a meeting on December 7, 2023, the offender ultimately admitted to the use of methamphetamine on or about October 24, 2023; she signed an admission of use form confirming that use.

2      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On or about November 25, 2023, Nathaneal Willard allegedly violated special condition number 3 by consuming adderall, which was not prescribed to her.

      On November 27, 2023, the offender reported to the U.S. Probation Office to meet with the undersigned. During that meeting, the offender admitted to the use of adderall, on or about November 25, 2023, despite not having a prescription for adderall. She subsequently signed an admission of use form confirming that use.

3      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On or about December 3, 2023, Nathaneal Willard allegedly violated special condition number 3 by consuming methamphetamine and cocaine.

      On December 7, 2023, the offender was subject to random urinalysis testing and readily admitted to the use of methamphetamine on or about December 3, 2023.

      Despite her admission, the offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine, amphetamine and cocaine. Although she adamantly denied the use of cocaine, the offender signed an admission of use form admitting to the use of methamphetamine and cocaine, on or about December 3, 2023, as she acknowledged that the methamphetamine could have been "cut with" cocaine.

4      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On or about December 24, 2023, Nathaneal Willard allegedly violated special condition number 3 by consuming methamphetamine.

      On December 29, 2023, this officer contacted Ms. Willard. When asked if she had consumed any illicit substances since our last meeting (on December 7, 2023), the offender initially claimed she would be "clean." Because she seemed unsure, the offender was instructed to report to the U.S. Probation Office for random urinalysis testing, at which time she admitted to the use of methamphetamine on or about December 24, 2023.

      Later that date, the offender reported to the U.S. Probation Office and signed an admission of use form confirming her use.

Prob12C
**Re: Willard, Nathaneal C.**
**January 9, 2024**
**Page 3**

    5    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence**: On January 8, 2024, Nathaneal Willard failed to report to the probation office as instructed.

    On the morning of January 8, 2024, the offender was contacted and instructed to report to the U.S. Probation Office by 12 p.m., and she confirmed that she understood.

    Shortly before noon, at 11:48 a.m., the offender sent this officer a text message stating that she was on her way to the office. Additionally, she wanted to know if she was going to jail, but the undersigned did not immediately respond.

    Later that afternoon, this officer made multiple attempts to contact the offender, but they were not answered or responded to. Attempts to contact Ms. Willard were also made on January 9, 2024, but as of the writing of this report, her whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/09/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
1.10.2024
Date