UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Willard, Nathaneal C. | Docket No. | 0980 4:23CR06002-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Amber M. K. Andrade, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of offender Nathaneal C Willard (a.k.a. Brooklyn Hammett and Jayden Rossi), who was placed under pretrial release supervision by the Honorable James A. Goeke, U.S. Magistrate Judge, sitting in the Court on the 9th day of February 2024, under the following conditions:

<u>**Additional Condition ordered 02/09/24**</u>: Defendant must participate in an inpatient substance abuse and mental treatment program and reside at either Inland Northwest Behavioral Health or Spokane Regional Stabilization Center. Defendant must follow the rules and regulations of the treatment program. Defendant's probation officer will supervise defendant's participation in the programs (provider, location, modality, intensity, etc.). Defendant must pay the costs of the program if financially able.

<u>**Additional Condition ordered 02/09/24**</u>: Defendant must execute a release of information to allow United States probation officer to monitor defendant's progress at the inpatient facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #1:**</u>  On March 11, 2024, Nathaneal Willard allegedly violated the additional condition ordered by the Court by being unsuccessfully discharged from inpatient treatment.

On the evening of March 11, 2024, this officer began to receive alerts from the offender's location monitoring (LM) device; according to those alerts, the offender was not at the Spokane Regional Stabilization Center (SRSC), where she was engaged in inpatient substance abuse treatment.

On March 12, 2024, the undersigned reached out to the SRSC to inquire about the offender's whereabouts. With the supervisory U.S. probation officer (SUSPO) present for that conversation, treatment staff stated that the offender had been unsuccessfully terminated from treatment on March 11, 2024, for breaking the rules.

<u>**Violation #2:**</u>  On March 11, 2024, Nathaneal Willard allegedly violated the additional condition ordered by the Court by rescinding the release of information (ROI) for the U.S. Probation Office.

On March 12, 2024, this officer was informed that Nathaneal Willard had been unsuccessfully discharged from inpatient treatment on March 11, 2024, for reportedly breaking the rules. When the undersigned attempted to gather additional information, treatment staff then advised that prior to their unsuccessful discharge, the offender had rescinded the ROI in place for the U.S. Probation Office.

As such, treatment staff could not go into further detail about the reason for the offender's unsuccessful discharge from treatment.

Re: Willard,, Nathaneal C
March 19, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2024

by   s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/19/24

Date